# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150175

CELESTINE  BORSOS,
  Plaintiff-Appellant,

v

MUIRWOOD SQUARE ASSOCIATES, L.L.C.,
  Defendant-Appellee,

and

NAILS BY PRO,
  Defendant.

_____/

SC: 150175
COA: 315060
Oakland CC: 2011-122773-NO

On order of the Court, the application for leave to appeal the June 24, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2015



Clerk

d0520